UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMEEN DENISE WASHINGTON,

                        Plaintiff,

-against-

COIXIE GREEN STATE PRISON, ET AL,

                        Defendants.

24-CV-575 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 10, 2024
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                   Chief United States District Judge